# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jamey Lamont Wilkins,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                          3:08cv138

Officer Gaddy,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/16/2008 Order.

                                            Signed: April 17, 2008

                                            Frank G. Johns, Clerk
                                            United States District Court