IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV138-01-MU

| | |
|---|---|
| JAMEY LAMONT WILKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **O R D E R** |
| OFFICER GADDY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on remand from the United States Court of Appeals for the Fourth Circuit.

In accordance with the Fourth Circuit's Order, the Court finds that the Defendant should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS THEREFORE ORDERED THAT** the Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process without additional cost.

Signed: July 13, 2010

Graham C. Mullen
United States District Judge