IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:08CV138-RJC-DSC

| | |
|---|---|
| JAMEY LAMONT WILKINS, ) ) Plaintiff, ) ) vs. ) ) OFFICER ALEXANDER ) GADDY, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** is before the Court by reference from the Honorable Robert J. Conrad, Jr. for a Judicial Settlement Conference.

**NOW THEREFORE, IT IS ORDERED:**

1. The Judicial Settlement Conference will be held in the United States Magistrate Courtroom, Room 169, United States Courthouse, 401 West Trade Street, Charlotte, North Carolina, on **Thursday, July 12, 2012, at 1:30 p.m.**

2. The following shall attend the Judicial Settlement Conference <u>in person</u>:

a. For an individual party, that party; and

b. The parties' principal counsel of record.

3. **Plaintiff JAMEY LAMONT WILKINS, offender number #0502449, is currently in the custody of Central Prison located at 1300 Western Boulevard, Raleigh, North Carolina 27606. The Court orders the Warden at Central Prison to transport the Plaintiff to the Judicial Settlement Conference and then return him to Central Prison at the conclusion of the Judicial Settlement Conference.**

4. The parties shall submit a one-page summary of the case and issues by e-mail to Kristin Arnold, Judge Cayer's law clerk, at Kristin_Arnold@ncwd.uscourts.gov by 5:00 p.m. on Tuesday, July 10, 2012.

5. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: June 27, 2012

David S. Cayer
United States Magistrate Judge