UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-138-RJC-DSC

| | |
|---|---|
| JAMEY LAMONT WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| OFFICER GADDY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is scheduled for trial on **July 23, 2012 at 9:30 a.m.** Plaintiff JAMEY LAMONT WILKINS ("Wilkins"), offender number #0502449, is currently in the custody of Central Prison located at 1300 Western Boulevard, Raleigh, North Carolina 27606.

**IT IS, THEREFORE, ORDERED** that the Warden at Central Prison must transport the Plaintiff to the trial and then return him to Central Prison at the conclusion of the trial.

Signed: June 28, 2012

Robert J. Conrad, Jr.
Chief United States District Judge