# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL DOCKET NO. 3:08CV138-RJC-DSC

| | |
|---|---|
| JAMEY LAMONT WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| OFFICER ALEXANDER ) | |
| GADDY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel Production of [Defendant] Gaddy's Personnel File" (document #74) filed on July 17, 2012. For the reasons stated therein and given that the trial of this matter is set for July 23, 2012, the Court will grant Plaintiff's Motion on an expedited basis. Because of the confidential nature of the personnel file, the Court will enter a Protective Order prior to its production.

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion to Compel Production of [Defendant] Gaddy's Personnel File" (document #74) is **GRANTED** as follows:

A. By 1:00 p.m. on Thursday July 19, 2012, the parties shall present a consent protective order to the Court for signature. If the parties are unable to agree on the terms of an order, each party shall present its proposed protective order to the Court by the same date and time.

B. By 1:00 p.m. on Friday July 20, 2012, defense counsel shall produce Defendant's complete personnel file for Plaintiff's counsel. If Plaintiff's counsel is not in receipt of Defendant's complete personnel file by that date and time, counsel shall notify the Court immediately.

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: July 18, 2012

David S. Cayer
United States Magistrate Judge