UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-138-RJC

| | |
|---|---|
| JAMEY LAMONT WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| OFFICER GADDY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Cancel Writs, (Doc. No. 79). The following prisoners are no longer needed as witnesses at the trial in the above-captioned matter beginning on Monday, July 23, 2012. Accordingly, the writs of habeas corpus ad testificandum are **HEREBY CANCELLED** for July 23, 2012 as to:

1. Steven STAFFORD, 0524966

2. Kenneth MOSSO, 0661958

3. Robert L. WILLIAMS, 0510784

4. Drellco HUNTER, 0722032

**IT IS, THEREFORE, ORDERED** Plaintiff's Motion to Cancel Writs, (Doc. No. 79), is **GRANTED**.

Signed: July 20, 2012

Robert J. Conrad, Jr.
Chief United States District Judge