# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jamey Lamont Wilkins,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          3:08cv138

Officer Gaddy,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by jury trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the 7/24/12 Jury Verdict.

Signed: July 26, 2012

Frank G. Johns, Clerk
United States District Court